# DIAMOND, COMMISSIONER OF PATENTS AND TRADEMARKS *v.* BRADLEY ET AL.

No. 79–855.   Argued October 14, 1980—Decided March 9, 1981

*Deputy Solicitor General Wallace* argued the cause for petitioner.   With him on the briefs were *Solicitor General McCree, Assistant Attorney General Litvack, Harriet S. Shapiro, Robert B. Nicholson, Frederic Freilicher, Joseph F. Nakamura,* and *Thomas E. Lynch.*

*Nicholas Prasinos* argued the cause for respondents.   With him on the briefs were *Faith F. Driscoll, Henry L. Hanson,* and *Ronald T. Reiling.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.

---

*\*Edward S. Irons, Mary Helen Sears,* and *Robert P. Beshar* filed a brief for National Semiconductor Corp. as *amicus curiae* urging reversal.

Briefs of *amici curiae* urging affirmance were filed by *Donald R. Dunner, Kenneth E. Kuffner,* and *Travis Gordon White* for the American Patent Law Association, Inc.; by *Reed C. Lawlor* and *James W. Geriak* for the Los Angeles Patent Association; and by *Morton C. Jacobs* for Applied Data Research, Inc., et al.

*William James Beard* and *John F. Tregoning* filed a brief for Halliburton Services as *amicus curiae.*